**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RICHARD TEAGUE, on behalf of himself individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>AGC AMERICA, INC.,<br><br><br>     Defendant. | Civil Action No. 1:24-cv-00823-VMC |

## JOINT NOTICE OF SETTLEMENT

Per the Court's docket text Order entered on November 25, 2025, the parties to the above-captioned action hereby provide notice that they reached an agreement in principle on December 17, 2025 to settle the above-captioned action and related class action pending against Defendant. The parties are working to finalize the terms of the settlement agreement, and then Plaintiff will promptly move for preliminary approval of the settlement. Plaintiff anticipates moving for preliminary approval within 30 days of the date of this filing.

Dated: January 12, 2026.                              Respectfully submitted,

3

**GIBSON CONSUMER LAW GROUP, LLC**

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843
4279 Roswell Road
Suite 208-108
Atlanta, Georgia
Telephone: (678)642-2504
marybeth@gibsonconsumerlawgroup.com

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson*
280 S Beverly Drive
Beverly Hills, California 90212
Telephone: (858)209-6941
jnelson@milberg.com

*Attorneys for Plaintiff and Proposed Class*

***Signed with express permission*
**Admitted Pro Hac Vice*

**BAKER & HOSTETLER LLP**

*/s/Lisa A. Houssiere***
Lisa A. Houssiere (*admitted pro hac vice*)
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
lhoussiere@bakerlaw.com

Chelsea M. Lamb
Georgia Bar No. 524879
1170 Peachtree Street, NE, Suite 2400
Atlanta, Georgia 30309-7676
Telephone: (404) 459-0050
clamb@bakerlaw.com

Melissa Bilancini***
127 Public Square
Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 861-7094
mbilancini@bkerlaw.com
****pro hac vice application forthcoming*
*Attorneys for Defendant*

2

## **RULE 7.1(D) CERTIFICATE**

The undersigned counsel certifies that this document has been prepared with Times New Roman 14-point font in accordance with Local Rule 5.1(C).

Dated: January 12, 2026.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **JOINT NOTICE OF SETTLEMENT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated: January 12, 2026.

*/s/ MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843