**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| RICHART TEAGUE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGC AMERICA, INC.,<br><br>Defendant. | Case No. 1:24-CV-00823-VMC |

**PLAINTIFF RICHARD TEAGUE'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**

Plaintiff Richard Teague[1] ("Plaintiff" or "Class Representative"), individually and on behalf of all others similarly situated, by and through his undersigned counsel, hereby moves this Court for an order granting final approval to the Settlement and final certification of the proposed Settlement Class pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. In support of this motion, Plaintiff concurrently submits the following:

[1] Capitalized terms are as defined in the Settlement Agreement ("S.A.") (Doc. 45-3).

1. Memorandum of Law In Support of Plaintiff's Motion;

2. Exhibit 1: Declaration of Orlando Castillejos of Simpluris, Inc. Regarding Notice and Settlement Administration; and

3. Exhibit 2: [Proposed] Order Granting Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Certification of Settlement Class.

Plaintiff also relies upon the Settlement Agreement and its attachments (ECF 45-3), the Joint Declaration of Class Counsel Supporting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Joint Decl.") (ECF 45-2), the records, pleadings, and papers filed in this action, and such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion set for July 21, 2026.

Plaintiff and Class Counsel have negotiated a fair, reasonable, and adequate settlement that guarantees Settlement Class Members significant relief, as further set forth in Plaintiff's Memorandum of Law. For the reasons set forth therein, Plaintiff respectfully requests this Court grant his Motion for Final Approval of Class Action Settlement:

Respectfully submitted this 7th day of July, 2026.

**GIBSON CONSUMER LAW GROUP, LLC**

*<u>/s/ MaryBeth V. Gibson</u>*
MaryBeth V. Gibson
Georgia Bar No. 725843

4279 Roswell Road
Suite 208-108
Atlanta, Georgia
Telephone: (678)642-2504
marybeth@gibsonconsumerlawgroup.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
John J. Nelson*
280 S Beverly Drive
Beverly Hills, California 90212
Telephone: (858)209-6941
jnelson@milberg.com

*Attorneys for Plaintiff and Proposed Class*

**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE AND**
**LOCAL RULE 7.1(D) CERTIFICATION**

I hereby certify that on July 7, 2026, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing and effectuate service to all counsel of record in this matter, pursuant to Local Rule 5.1.

I further certify that this Motion has been prepared with one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

/s/ *MaryBeth V. Gibson*
MaryBeth V. Gibson
Georgia Bar No. 725843

*Settlement Class Counsel*