**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

| | |
|---|---|
| RICHARD TEAGUE,<br><br>Plaintiff,<br><br>vs.<br><br>AGC AMERICA, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-00823-VMC |

**J U D G M E N T**

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Awards, and the court having granted said motion, it is

**Ordered and Adjudged** that the Court awards Class Counsel $198,980.10 in attorneys' fees, which is inclusive of reasonable litigation expenses in the amount of $10,629.60, as well as a Service Award of $2,500.00 to the Class Representative to be paid according to the terms of the Settlement Agreement. This amount of fees and reimbursement is fair and reasonable.

Dated at Atlanta, Georgia, this 22nd day of July, 2026.

KEVIN P. WEIMER CLERK OF COURT

By: s/L. Tonthat
Deputy Clerk

Prepared, Filed, and Entered in the Clerk's Office
July 22, 2026
Kevin P. Weimer
Clerk of Court

By: s/L. Tonthat
Deputy Clerk